IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CHARLES MOSELY | § | Case No. 25-31187 |
| DEBTOR. | § | Chapter 13 |
| | § | |
| CHARLES MOSELY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adversary No. 25-03365 |
| | § | |
| SELENE FINANCE LP, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Defendant Selene Finance LP ("Defendant") as attorney-in-charge for such party and hereby requests notice of all hearings and conferences in this case, and requests service of all pleadings, filings, notices, and other actions and papers pursuant to the Federal Bankruptcy Rules.  All notices given or required to be given in this case and all pleadings and other filings served or required to be served in this case are hereby requested to be given and served upon the undersigned counsel at the following address and telephone number:

**Jason L. Sanders**
  Southern I.D. No. 597751
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
   (214) 894-9981 Direct
  (214) 499-7709 Cell
SANDERS COLLINS PLLC
6301 Gaston Ave., Suite 1121
Dallas, Texas  75214
Main Telephone:  (214) 894-9980
Facsimile: (214) 242-3004.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules but also includes, without limitation, any and all reports, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearings, or requests, whether formal or informal and whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this action.

Respectfully submitted,

/s/ Jason L. Sanders
**Jason L. Sanders, Attorney in Charge**
  Southern I.D. No. 597751
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 894-9981 Direct
  (214) 499-7709 Cell
**Matthew H. Davis**
  Southern I.D. No. 1124612
  Texas Bar No. 24069580
  mdavis@sanderscollins.com
  (214) 894-9985 Direct
  (713) 471-6868 Cell
**Caroline E. Allen**
  Southern I.D. No. 3708027
  Texas Bar No. 24121320
  callen@sanderscollins.com
  (214) 894-9982 Direct
  (575) 808-3206 Cell
SANDERS COLLINS PLLC
6301 Gaston Ave., Suite 1121
Dallas, Texas  75214
Main Telephone:  (214) 894-9980
Facsimile:  (214) 242-3004
www.sanderscollins.com

**COUNSEL FOR DEFENDANT
SELENE FINANCE LP**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon Plaintiff by U.S. Mail and/or Certified Mail, Return Receipt Requested and to all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 17th day of July, 2025.

/s/ Jason L. Sanders
Counsel for Selene Finance LP